FILED

06/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0371

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0371

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                            O R D E R

MICKEY RODNEY PAYNE,

     Defendant and Appellant.

_____

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS ORDERED that Appellant has until July 10, 2021, within which to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 10 2021